| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10742-PMM

Tony Raymond Williams  
219 S Kathryn Street  
Easton  PA    18045  

Petition Filed Date: 03/15/2023  
341 Hearing Date: 04/25/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/19/2023 | $2,142.00 | | 05/16/2023 | $2,142.00 | | 06/16/2023 | $2,142.00 | |
| 07/24/2023 | $2,142.00 | | | | | | | |

**Total Receipts for the Period:  $8,568.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,568.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $0.00 | $3,688.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,076.10 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $7,689.79 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $9,495.29 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $9,860.04 | $0.00 | $0.00 |
| 5 | WELLS FARGO<br>»» 005 | Unsecured Creditors | $9,496.11 | $0.00 | $0.00 |
| 6 | US BANK NA<br>»» 006 | Secured Creditors | $637.41 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $10,224.97 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $5,962.09 | $0.00 | $0.00 |
| 9 | THE SWISS COLONY<br>»» 009 | Unsecured Creditors | $378.90 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $517.83 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $10,569.30 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $2,485.08 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $2,824.37 | $0.00 | $0.00 |
| 14 | PENNYMAC  LOAN SERVICES LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 015 | Unsecured Creditors | $5,176.84 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10742-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $964.66 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,778.79 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,750.44 | $0.00 | $0.00 |
| 19 | PNC BANK NA<br>»» 019 | Mortgage Arrears | $2,056.19 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK<br>»» 020 | Unsecured Creditors | $3,582.69 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK<br>»» 021 | Unsecured Creditors | $4,228.27 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,515.39 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,355.51 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,568.00 | Current Monthly Payment: | $1,850.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($292.00) |
| Paid to Trustee: | $771.12 | Total Plan Base: | $111,876.00 |
| Funds on Hand: | $7,796.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.