**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Tony Raymond Williams,** | : | |
| Debtor. | : | Case No. 23-10742 (PMM) |

## ORDER GRANTING MOTION TO VACATE

**AND NOW**, upon consideration of U.S. Bank National Association's Motion to Vacate Order on Motion For Relief From Stay (doc. #36);

AND a hearing with regard to the Motion having been held and concluded on August 31, 2023;

AND for the reasons stated at the hearing;

It is hereby **ordered** that:

1) The Motion is **granted**;

2) The Order granting the Motion for Relief from Stay (doc. # 20) is **vacated**; and

3) Counsel for the movant shall re-serve the Motion for Relief from Stay (doc. #16, the "Motion for Relief") and notice the Motion for Relief for hearing on **September 19, 2023 at 10:00 a.m.**

Dated: 9/1/23

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge