United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10742-pmm

Tony Raymond Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Sep 01, 2023      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tony Raymond Williams, 219 S Kathryn Street, Easton, PA 18045-2666 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| NONE | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2023 00:42:22 | LVNV Funding LLC c/o Resurgent Capital Services, LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2023 01:28:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 02 2023 01:28:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK

     on behalf of Creditor PNC Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 4 |

CHARLES LAPUTKA
 on behalf of Debtor Tony Raymond Williams claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
 on behalf of Creditor U.S. Bank National Association. bkecf@friedmanvartolo.com

MATTHEW K. FISSEL
 on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
 on behalf of Creditor U.S. Bank National Association. mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **Tony Raymond Williams,** | : | |
| Debtor. | : | Case No. 23-10742 (PMM) |

## ORDER GRANTING MOTION TO VACATE

**AND NOW**, upon consideration of U.S. Bank National Association's Motion to Vacate Order on Motion For Relief From Stay (doc. #36);

AND a hearing with regard to the Motion having been held and concluded on August 31, 2023;

AND for the reasons stated at the hearing;

It is hereby **ordered** that:

1)  The Motion is **granted**;

2)  The Order granting the Motion for Relief from Stay (doc. # 20) is **vacated**; and

3)  Counsel for the movant shall re-serve the Motion for Relief from Stay (doc. #16, the "Motion for Relief") and notice the Motion for Relief for hearing on **September 19, 2023 at 10:00 a.m.**

Dated: 9/1/23

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge