L.B.F. 9014-3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Tony Raymond Williams, | : | |
| | : | Bky. No. 23-10742 |
| Debtor. | : | |

\* \* \* \* \* \* \*

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

U.S. Bank National Association has filed a Motion for Relief from the Automatic Stay with the court for MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON 2005 CHAPARRAL 210 VIN: FGB43177C505 AND 2005 VOLVO 4.3 GXIE, VIN: 4012155806.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **<u>September 22, 2023,</u> you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

2. **A hearing on the Motion** is scheduled to be held on **September 26, 2023, at 10:00 a.m. in Courtroom Fourth Floor, United States Bankruptcy Court, <u>The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601</u>**. Unless the court orders otherwise, the hearing on this contested matter will be an **<u>evidentiary hearing</u>**.

3. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 4082800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Michelle L. McGowan, Esquire
    Robertson, Anschutz, Schneid,
    Crane & Partners, PLLC
    13010 Morris Rd.
    Suite 450
    Alpharetta, GA 30004
    Telephone: 817-873-3080
    Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Tony Raymond Williams,** | : | |
| | : | **Bky. No. 23-10742** |
| **Debtor.** | : | |

\* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on September 7, 2023.

The types of service made on the parties were:

By First-Class Mail:

CHARLES LAPUTKA
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

Tony Raymond Williams
219 S Kathryn Street
Easton, PA 18045

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

                                              <u>/s/ Samantha Mitchell</u>
                                              Samantha Mitchell
                                              Email: smitchell@raslg.com