# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Tony Raymond Williams,**<br>　　　Debtor,<br>**U.S. Bank National Association,**<br>　　　Movant,<br>v.<br>**Tony Raymond Williams, and**<br>**Scott F. Waterman, Ch. 13 Trustee**<br>　　　Respondents. | Bankruptcy No. 23-10742-pmm<br><br>Chapter 13<br><br>Doc. No. 16 |

## **CERTIFICATE OF NO RESPONSE**

　　　The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 16 appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: 09/25/2023

　　　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane & Partners, PLLC
　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　　13010 Morris Rd., Suite 450
　　　　　　　　　　　　　　　　　　　　Alpharetta, GA 30004
　　　　　　　　　　　　　　　　　　　　Telephone: (470) 321-7112
　　　　　　　　　　　　　　　　　　　　By: /s/ Michelle L. McGowan
　　　　　　　　　　　　　　　　　　　　Michelle L. McGowan, Esquire
　　　　　　　　　　　　　　　　　　　　PA Bar Number 62414
　　　　　　　　　　　　　　　　　　　　Email: mimcgowan@raslg.com
　　　　　　　　　　　　　　　　　　　　Counsel for U.S. Bank National Association

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:  CHAPTER 13
CASE NO.: 23-10742-pmm

**Tony Raymond Williams,**

    **Debtor,**

_____/

**U.S. Bank National Association,**

    **Movant,**

v.

**Tony Raymond Williams,
and
Scott F. Waterman,**

    **Respondents.**

_____/

**CERTIFICATE OF SERVICE**

I, <u>Michelle L. McGowan</u>, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Amended Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on September 25, 2023, and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Tony Raymond Williams
219 S Kathryn Street
Easton, PA 18045

**E-Mail Service:** via CM/ECF e-mail notification to the following:

CHARLES LAPUTKA
claputka@laputkalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Date: 09/25/2023

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: (470) 321-7112
    By: /s/ Michelle L. McGowan
    Michelle L. McGowan, Esquire
    PA Bar Number 62414
    Email: mimcgowan@raslg.com
    Counsel for U.S. Bank National Association

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                                            CHAPTER 13
                                                                                                         CASE NO.: 23-10742-pmm
**Tony Raymond Williams,**

    Debtor,

_____/

**U.S. Bank National Association,**

    Movant,

v.

**Tony Raymond Williams,**
and
**Scott F. Waterman,**

    Respondents.

_____/

## **ORDER OF COURT**

AND NOW, this          day of          , 2023, upon consideration of U.S. Bank National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association; and it is further

ORDERED, that U.S. Bank National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the personal property commonly

known as 2005 CHAPARRAL 210, VIN: FGB43177C505 and 2005 Volvo 4.3 GXIE, VIN: 4012155806, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge