**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

In re:

| | | |
|---|---|---|
| Tony Raymond Williams, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 23-10742-pmm |
| | : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY WITH U.S. BANK NATIAONL ASSOCIATION

AND NOW, this 26th day of September, 2023, upon consideration of U.S. Bank National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and that it is not necessary for an effective reorganization, it is hereby ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association; and it is further

ORDERED, that U.S. Bank National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the personal property commonly known as 2005 CHAPARRAL 210, VIN: FGB43177C505 and 2005 Volvo 4.3 GXIE, VIN: 4012155806, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge