United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10742-pmm |
| Tony Raymond Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tony Raymond Williams, 219 S Kathryn Street, Easton, PA 18045-2666 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| NONE | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:21 | LVNV Funding LLC c/o Resurgent Capital Services, LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 06:26:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 27 2023 06:26:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 28, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PNC Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 4 |

CHARLES LAPUTKA
    on behalf of Debtor Tony Raymond Williams claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association. bkecf@friedmanvartolo.com

MATTHEW K. FISSEL
    on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association. mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:

Tony Raymond Williams,               :      Chapter 13
                                     :
            Debtor                   :      Case No. 23-10742-pmm
                                     :

_____

### ORDER GRANTING MOTION FOR RELIEF FROM STAY WITH U.S. BANK NATIAONL ASSOCIATION

AND NOW, this 26th day of September, 2023, upon consideration of U.S. Bank National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and that it is not necessary for an effective reorganization, it is hereby ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association; and it is further

ORDERED, that U.S. Bank National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the personal property commonly known as 2005 CHAPARRAL 210, VIN: FGB43177C505 and 2005 Volvo 4.3 GXIE, VIN: 4012155806, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge