Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-10742-PMM**

Tony Raymond Williams  
219 S Kathryn Street  
Easton  PA   18045

Petition Filed Date: 03/15/2023  
341 Hearing Date: 04/25/2023  
Confirmation Date: 08/10/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $1,558.00 | | 10/03/2023 | $1,850.00 | | 11/22/2023 | $1,850.00 | |
| 12/27/2023 | $1,850.00 | | 02/06/2024 | $1,850.00 | | 03/01/2024 | $1,850.00 | |
| 04/03/2024 | $1,850.00 | | 05/03/2024 | $1,850.00 | | 06/10/2024 | $1,850.00 | |
| 07/24/2024 | $1,850.00 | | | | | | | |

**Total Receipts for the Period:  $18,208.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $26,776.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,076.10 | $792.42 | $3,283.68 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $7,689.79 | $1,494.95 | $6,194.84 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $9,495.29 | $1,845.94 | $7,649.35 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $9,860.04 | $1,916.83 | $7,943.21 |
| 5 | WELLS FARGO »» 005 | Unsecured Creditors | $9,496.11 | $1,846.10 | $7,650.01 |
| 6 | US BANK NA »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $10,224.97 | $1,987.78 | $8,237.19 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $5,962.09 | $1,159.09 | $4,803.00 |
| 9 | THE SWISS COLONY »» 009 | Unsecured Creditors | $378.90 | $60.39 | $318.51 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $517.83 | $91.57 | $426.26 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $10,569.30 | $2,054.71 | $8,514.59 |
| 12 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $2,485.08 | $483.12 | $2,001.96 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $2,824.37 | $549.11 | $2,275.26 |
| 14 | PENNYMAC LOAN SERVICES LLC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10742-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 015 | Unsecured Creditors | $5,176.84 | $1,006.41 | $4,170.43 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $964.66 | $187.55 | $777.11 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,778.79 | $540.24 | $2,238.55 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,750.44 | $340.29 | $1,410.15 |
| 19 | PNC BANK NA<br>»» 019 | Mortgage Arrears | $2,056.19 | $2,056.19 | $0.00 |
| 20 | SYNCHRONY BANK<br>»» 020 | Unsecured Creditors | $3,582.69 | $696.52 | $2,886.17 |
| 21 | SYNCHRONY BANK<br>»» 021 | Unsecured Creditors | $4,228.27 | $822.01 | $3,406.26 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,515.39 | $294.62 | $1,220.77 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,355.51 | $263.48 | $1,092.03 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,776.00 | Current Monthly Payment: | $1,850.00 |
| Paid to Claims: | $24,177.32 | Arrearages: | $5,550.00 |
| Paid to Trustee: | $2,576.33 | Total Plan Base: | $111,876.00 |
| Funds on Hand: | $22.35 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.