| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-10742-PMM**

Tony Raymond Williams
219 S Kathryn Street
Easton  PA    18045

Petition Filed Date: 03/15/2023
341 Hearing Date: 04/25/2023
Confirmation Date: 08/10/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $1,850.00 | | 10/25/2024 | $7,400.00 | | 11/25/2024 | $1,850.00 | |
| 12/26/2024 | $1,850.00 | | 01/27/2025 | $1,850.00 | | 02/24/2025 | $1,850.00 | |
| 03/21/2025 | $1,850.00 | | 04/23/2025 | $1,850.00 | | 05/23/2025 | $1,850.00 | |
| 06/27/2025 | $1,850.00 | | 07/29/2025 | $1,850.00 | | | | |

**Total Receipts for the Period: $25,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,526.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $4,076.10 | $1,814.71 | $2,261.39 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $7,689.79 | $3,423.58 | $4,266.21 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $9,495.29 | $4,227.41 | $5,267.88 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $9,860.04 | $4,389.79 | $5,470.25 |
| 5 | WELLS FARGO BANK NA »» 005 | Unsecured Creditors | $9,496.11 | $4,227.78 | $5,268.33 |
| 6 | US BANK NA »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $10,224.97 | $4,552.27 | $5,672.70 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $5,962.09 | $2,654.42 | $3,307.67 |
| 9 | THE SWISS COLONY »» 009 | Unsecured Creditors | $378.90 | $168.72 | $210.18 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $517.83 | $220.98 | $296.85 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $10,569.30 | $4,705.52 | $5,863.78 |
| 12 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $2,485.08 | $1,106.38 | $1,378.70 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $2,824.37 | $1,257.47 | $1,566.90 |
| 14 | PENNYMAC LOAN SERVICES LLC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10742-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK NEVADA NA »» 015 | Unsecured Creditors | $5,176.84 | $2,304.78 | $2,872.06 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $964.66 | $429.49 | $535.17 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $2,778.79 | $1,237.17 | $1,541.62 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $1,750.44 | $779.32 | $971.12 |
| 19 | PNC BANK NA »» 019 | Mortgage Arrears | $2,056.19 | $2,056.19 | $0.00 |
| 20 | SYNCHRONY BANK »» 020 | Unsecured Creditors | $3,582.69 | $1,595.06 | $1,987.63 |
| 21 | SYNCHRONY BANK »» 021 | Unsecured Creditors | $4,228.27 | $1,882.48 | $2,345.79 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,515.39 | $674.68 | $840.71 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $1,355.51 | $603.45 | $752.06 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,526.00 | Current Monthly Payment: | $1,850.00 |
| Paid to Claims: | $47,999.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,768.57 | Total Plan Base: | $111,876.00 |
| Funds on Hand: | $1,757.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.