Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tony Raymond Williams
219 S Kathryn Street
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-10742-PMM**

Petition Filed Date: 03/15/2023
341 Hearing Date: 04/25/2023
Confirmation Date: 08/10/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $1,850.00 | | 10/03/2025 | $1,850.00 | | 11/03/2025 | $1,850.00 | |
| 11/26/2025 | $1,850.00 | | 12/30/2025 | $1,850.00 | | 01/26/2026 | $1,850.00 | |
| 02/23/2026 | $1,850.00 | | 03/18/2026 | $1,850.00 | | 04/09/2026 | $1,850.00 | |
| 05/11/2026 | $1,850.00 | | 06/23/2026 | $1,850.00 | | 07/20/2026 | $1,850.00 | |

**Total Receipts for the Period: $22,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $76,726.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,076.10 | $2,696.28 | $1,379.82 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $7,689.79 | $5,086.69 | $2,603.10 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $9,495.29 | $6,280.97 | $3,214.32 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $9,860.04 | $6,522.23 | $3,337.81 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Unsecured Creditors | $9,496.11 | $6,281.55 | $3,214.56 |
| 6 | US BANK NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $10,224.97 | $6,763.67 | $3,461.30 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $5,962.09 | $3,943.85 | $2,018.24 |
| 9 | THE SWISS COLONY<br>»» 009 | Unsecured Creditors | $378.90 | $250.64 | $128.26 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $517.83 | $342.52 | $175.31 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $10,569.30 | $6,991.38 | $3,577.92 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $2,485.08 | $1,643.84 | $841.24 |

**Chapter 13 Case No. 23-10742-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $2,824.37 | $1,868.28 | $956.09 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 015 | Unsecured Creditors | $5,176.84 | $3,424.41 | $1,752.43 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $964.66 | $638.10 | $326.56 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,778.79 | $1,838.12 | $940.67 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,750.44 | $1,157.89 | $592.55 |
| 19 | PNC BANK NA<br>»» 019 | Mortgage Arrears | $2,056.19 | $2,056.19 | $0.00 |
| 20 | SYNCHRONY BANK<br>»» 020 | Unsecured Creditors | $3,582.69 | $2,369.88 | $1,212.81 |
| 21 | SYNCHRONY BANK<br>»» 021 | Unsecured Creditors | $4,228.27 | $2,796.92 | $1,431.35 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,515.39 | $1,002.44 | $512.95 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $1,355.51 | $896.60 | $458.91 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $76,726.00 | Current Monthly Payment: | $1,850.00 |
| Paid to Claims: | $68,540.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,477.97 | Total Plan Base: | $111,876.00 |
| Funds on Hand: | $1,707.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.